IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMATHA DONLEY,**                                                                                      **PLAINTIFF**

v.                                       Case No. 4:22-cv-00293-LPR

**MARK GOBER,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Samatha Donley's Complaint is dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 15th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE